# EXHIBIT A

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate(DRE) database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.
Some historical disciplinary action documents may not be in compliance with certain accessibility functions. For assistance with these documents, please contact the Department's Licensing Flag Section.

License information taken from records of the Department of Real Estate on 11/19/2019 3:50:02 PM

| | |
|---|---|
| **License Type:** | BROKER |
| **Name:** | Baca, Kimberly Lynn |
| **Mailing Address:** | P O BOX 824<br>AGUANGA, CA 92536-0824 |
| **License ID:** | 01805194 |
| **Expiration Date:** | 09/05/20 |
| **License Status:** | LICENSED |
| **Salesperson License Issued:** | 04/30/07 |
| **Broker License Issued:** | 09/06/12 |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | 45525 HIGHWAY 79 SOUTH<br>AGUANGA, CA 92536 |
| **DBA** | Fairway Associates<br>ACTIVE AS OF 08/09/2014 |
| **Branches:** | NO CURRENT BRANCHES |
| **Affiliated Licensed Corporation(s):** | NO CURRENT AFFILIATED CORPORATIONS |
| **Comment:** | NO DISCIPLINARY ACTION |
| | NO OTHER PUBLIC COMMENTS |
| | >>>> Public information request complete <<<< |

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate(DRE) database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.
Some historical disciplinary action documents may not be in compliance with certain accessibility functions. For assistance with these documents, please contact the Department's Licensing Flag Section.

License information taken from records of the Department of Real Estate on 11/19/2019 3:50:17 PM

| | |
|---|---|
| **License Type:** | BROKER |
| **Name:** | Williams, Candice Elaine |
| **Mailing Address:** | P O BOX 465<br>AGUANGA, CA 92536 |
| **License ID:** | 01785547 |
| **Expiration Date:** | 07/26/23 |
| **License Status:** | LICENSED |
| **Salesperson License Issued:** | 12/20/06 |
| **Broker License Issued:** | 07/27/11 |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | 45525 HIGHWAY 79 S<br>AGUANGA, CA 92536 |
| **DBA** | Fairway Associates<br>ACTIVE AS OF 09/19/2011 |
| **Branches:** | NO CURRENT BRANCHES |
| **Affiliated Licensed Corporation(s):** | NO CURRENT AFFILIATED CORPORATIONS |
| **Salespersons:** | 01840024 - Boersma, Brian<br>License Expiration Date: 02/24/2020 |
| **Comment:** | NO DISCIPLINARY ACTION |
| | NO OTHER PUBLIC COMMENTS |

>>>> Public information request complete <<<<