# EXHIBIT F

**From:** Kanno, Rita Rita.Kanno@lewisbrisbois.com
**Subject:** RE: [EXT] Tara Ann Bartoli, et al. v. Rancho California RV Resort Owners Association, et al. l Case No.:5-18-CV-02643-MWF-KK - 30841-609
**Date:** September 12, 2019 at 4:02 PM
**To:** emarkus@drllaw.com
**Cc:** Steve Stueber sstueber@drllaw.com

Of course we will.

**From:** emarkus@drllaw.com [mailto:emarkus@drllaw.com]
**Sent:** Thursday, September 12, 2019 3:53 PM
**To:** Kanno, Rita
**Cc:** Steve Stueber
**Subject:** Re: [EXT] Tara Ann Bartoli, et al. v. Rancho California RV Resort Owners Association, et al. | Case No.:5-18-CV-02643-MWF-KK - 30841-609

Hi Rita:

I have confirmed that your calculation as to your clients' response deadline is correct. Thank you for the lesson on procedure (with no sarcasm intended). 9/26 works. I hope that in the event we deem a second amendment necessary based on what is provided in discovery, you will extend me the same courtesy.

Best,

Eric P. Markus
Dapeer Rosenblit Litvak, LLP
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
Tel (310) 477-5575
Fax (310) 477-7090
emarkus@drllaw.com

NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment. If you have received this message in error, please call the sender immediately at 310-477-5575 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or mis-delivery shall constitute waiver of any applicable legal privilege.

On Sep 12, 2019, at 3:03 PM, Kanno, Rita <Rita.Kanno@lewisbrisbois.com> wrote:

Please see the calculation below. Per this can we agree to the extension of 9/26?

<LB-Logo_7c9c5bd0-0a1e-47b8-a3b1-a4b5cdfed8fa.png>

**Rita R. Kanno**
Partner
Rita.Kanno@lewisbrisbois.com

T: 619.699.4969  F: 619.233.8627

701 B Street, Suite 1900, San Diego, CA 92101 | LewisBrisbois.com

Representing clients from coast to coast. View our locations nationwide.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** eDockets Manager
**Sent:** Wednesday, August 14, 2019 8:35 AM
**To:** eDockets Manager; Figueroa, George "Isaac"
**Subject:** RE: [EXT] Tara Ann Bartoli, et al. v. Rancho California RV Resort Owners Association, et al. | Case No.:5-18-CV-02643-MWF-KK - 30841-609

Per the vendor:

Thank you for forwarding the email chain. The deadline is not a straight 33-day count. Per FRCP 6(d), the additional 3 days are not added under after the period would otherwise expire under FRCP 6(a). Thirty days after 8/8/19 falls on Saturday, 9/7/19. Per FRCP 6(a)(a)(C), when a period is stated in days, the period continues to run until the end of the next day that is not a weekend or holiday. This means the initial 30-day calculation does not expire until Monday, 9/9/19. Three days after that falls as 9/12/19.

Hope that helps. Thanks, ~Michele

> **From:** eDockets Manager
> **Sent:** Wednesday, August 14, 2019 7:51 AM
> **To:** Figueroa, George "Isaac"; eDockets Manager
> **Subject:** RE: [EXT] Tara Ann Bartoli, et al. v. Rancho California RV Resort Owners Association, et al. | Case No.:5-18-CV-02643-MWF-KK - 30841-609
>
> Good morning,
>
> I sent an inquiry to the vendor and will contact you when I hear back from them. Thanks, ~Michele
>
>> **From:** Figueroa, George "Isaac"
>> **Sent:** Monday, August 12, 2019 2:58 PM
>> **To:** eDockets Manager
>> **Subject:** FW: [EXT] Tara Ann Bartoli, et al. v. Rancho California RV Resort Owners Association, et al. | Case No.:5-18-CV-02643-MWF-KK - 30841-609
>>
>> Hello,
>>
>> Per the Attorney, the deadline to respond to discovery in Federal Court should be 30 days plus 3 days for mail service. The RFP was mail served on 8/8/19, 33 days from that is 9/10/19, however eDockets is calculating the deadline as 9/12/19. Please advise.

