# EXHIBIT G

1 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP
MELISSA T. DAUGHERTY, SB# 227451
2 |   E-Mail: Melissa.Daugherty@lewisbrisbois.com
RITA R. KANNO, SB# 230679
3 |   E-Mail: Rita.Kanno@lewisbrisbois.com
633 West 5th Street, Suite 4000
4 | Los Angeles, California 90071
Telephone: 213.250.1800
5 | Facsimile: 213.250.7900

6 | Attorneys for Defendants CANDICE
ELAINE WILLIAMS, an individual doing
7 | business as FAIRWAY ASSOCIATES;
KIMBERLY LYNN BACA, an individual
8 | doing business as FAIRWAY
ASSOCIATES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| TARA ANN BARTOLI, an individual; BRETT THOMAS BARTOLI, an individual, TARA ANN BARTOLI as Guardian ad litem for M.B., and TARA ANN BARTOLI as Guardian ad litem for L.B., <br><br> Plaintiffs, <br><br> vs. <br><br> RANCHO CALIFORNIA RV RESORT OWNERS ASSOCIATION, a California nonprofit mutual benefit corporation; DESERT RESORT MANAGEMENT, INC., a California corporation; CARI BURLEIGH, an individual; CANDICE ELAINE WILLIAMS, an individual doing business as FAIRWAY ASSOCIATES; KIMBERLY LYNN BACA, an individual doing business as FAIRWAY ASSOCIATES; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 5:18-cv-02643-MWF-KK <br><br> **DEFENDANT CANDICE ELAINE WILLIAMS' RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE** <br><br> The Hon. Michael W. FITZGERALD <br><br> Trial Date:   None Set |
|---|---|

| | |
|---|---|
| PROPOUNDING PARTY: | PLAINTIFF, TARA ANN BARTOLI |
| RESPONDING PARTY: | DEFENDANT, CANDICE ELAINE WILLIAMS |
| SET NO.: | ONE (1) |

Defendant CANDICE ELAINE WILLIAMS ("Defendant" or "Responding Party") hereby responds to the first set of Plaintiff TARA ANN BARTOLI's ("Plaintiff") Request for Production of Documents, pursuant to California Code of Civil Procedure §2031.010, as follows:

## PRELIMINARY STATEMENT

Defendant has not yet completed its investigation of the facts concerning this case. Formal discovery is ongoing and defendant has not completed trial preparation. Accordingly, these responses are provided without prejudice to the right of defendant to introduce into evidence subsequently gathered information.

## GENERAL OBJECTIONS AND RESERVATIONS

As to each and every Request in Plaintiffs' Request for Production of Documents, Set One, Defendant states the following:

A.  Defendant has not yet completed its discovery and investigation of the facts giving rise to this action, but has made a diligent, good faith effort to obtain all information responsive to these Requests within Defendant's possession, custody, or control. Accordingly, these responses are made without prejudice to Defendant's right to introduce prior to or at the time of trial or otherwise use any additional information it may obtain as a result of Defendant's continuing discovery and investigation, but Defendant assumes no obligation, beyond that imposed by FRCP 26(e) and 34, to supplement and amend these responses to reflect witnesses, facts, or other information discovered following the date of these responses.

B.  Defendant has based these responses on the assumption that Plaintiffs did not intend to seek information protected against discovery by the attorney-client privilege or the attorney work-product doctrine, the right of privacy laws, the protection afforded trade secrets or any other applicable privilege or protection from

disclosure. To the extent that the requests are intended to elicit such privileged or protected information, Defendant objects thereto as to each request and asserts the applicable privilege or protection to the fullest extent permitted by law.

C. To the extent that Defendant responds to these requests, Defendant does not concede the relevancy of those responses to this action, nor does it concede that such responses may be used for any purpose in this action or any other action or proceeding. Defendant expressly reserves the right to object to further discovery into the subject matter of any request or any portion thereof.

D. Defendant objects to each request to the extent that it seeks information equally available to Plaintiffs or information that is not within Defendant's possession, custody, or control.

E. Defendant objects to the requests to the extent that they are intended to be and are overly broad, unduly burdensome and oppressive.

F. Defendant objects to each request to the extent it seeks information that is not relevant to the subject matter of this action, and is not reasonably calculated to lead to the discovery of admissible evidence.

Without waiving any of the foregoing General Objections, each of which applies to each and every one of the individual responses set forth below and is incorporated by this reference therein (whether or not specifically stated in the response), Defendant responds to the individual requests as follows:

**RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE**

**REQUEST NO. 1:**

All documents you reviewed or relied on when drafting your Answer to Plaintiffs' Complaint.

**RESPONSE TO REQUEST NO. 1:**

Defendant refers to and incorporates by reference its General Objections set forth hereinabove. In addition, this request is overbroad in time and scope, seeks

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MELISSA T. DAUGHERTY, SB# 227451
  E-Mail: Melissa.Daugherty@lewisbrisbois.com
RITA R. KANNO, SB# 230679
  E-Mail: Rita.Kanno@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants CANDICE ELAINE WILLIAMS, an individual doing business as FAIRWAY ASSOCIATES; KIMBERLY LYNN BACA, an individual doing business as FAIRWAY ASSOCIATES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TARA ANN BARTOLI, an individual; BRETT THOMAS BARTOLI, an individual, TARA ANN BARTOLI as Guardian ad litem for M.B., and TARA ANN BARTOLI as Guardian ad litem for L.B., <br><br> Plaintiffs, <br><br> vs. <br><br> RANCHO CALIFORNIA RV RESORT OWNERS ASSOCIATION, a California nonprofit mutual benefit corporation; DESERT RESORT MANAGEMENT, INC., a California corporation; CARI BURLEIGH, an individual; CANDICE ELAINE WILLIAMS, an individual doing business as FAIRWAY ASSOCIATES; KIMBERLY LYNN BACA, an individual doing business as FAIRWAY ASSOCIATES; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 5:18-cv-02643-MWF-KK <br><br> **DEFENDANT KIMBERLY LYNN BACA'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE** <br><br> The Hon. Michael W. FITZGERALD <br><br> Trial Date:   None Set |

///

4846-2334-8640.1                                     1
DEFENDANT KIMBERLY LYNN BACA'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

1  PROPOUNDING PARTY: PLAINTIFF TARA BARTOLI
2  RESPONDING PARTY:  DEFENDANT KIMBERLY LYNN BACA
3  SET NO.:           ONE (1)

Defendant KIMBERLY LYNN BACA ("Defendant" or "Responding Party") hereby responds to the first set of Plaintiff TARA BARTOLI's ("Plaintiff") Request for Production of Documents, pursuant to California Code of Civil Procedure §2031.010, as follows:

## PRELIMINARY STATEMENT

Defendant has not yet completed its investigation of the facts concerning this case. Formal discovery is ongoing and defendant has not completed trial preparation. Accordingly, these responses are provided without prejudice to the right of defendant to introduce into evidence subsequently gathered information.

## GENERAL OBJECTIONS AND RESERVATIONS

As to each and every Request in Plaintiffs' Request for Production of Documents, Set One, Defendant states the following:

A. Defendant has not yet completed its discovery and investigation of the facts giving rise to this action, but has made a diligent, good faith effort to obtain all information responsive to these Requests within Defendant's possession, custody, or control. Accordingly, these responses are made without prejudice to Defendant's right to introduce prior to or at the time of trial or otherwise use any additional information it may obtain as a result of Defendant's continuing discovery and investigation, but Defendant assumes no obligation, beyond that imposed by FRCP 26(e) and 34, to supplement and amend these responses to reflect witnesses, facts, or other information discovered following the date of these responses.

B. Defendant has based these responses on the assumption that Plaintiffs did not intend to seek information protected against discovery by the attorney-client privilege or the attorney work-product doctrine, the right of privacy laws, the protection afforded trade secrets or any other applicable privilege or protection from

disclosure. To the extent that the requests are intended to elicit such privileged or protected information, Defendant objects thereto as to each request and asserts the applicable privilege or protection to the fullest extent permitted by law.

    C.    To the extent that Defendant responds to these requests, Defendant does not concede the relevancy of those responses to this action, nor does it concede that such responses may be used for any purpose in this action or any other action or proceeding. Defendant expressly reserves the right to object to further discovery into the subject matter of any request or any portion thereof.

    D.    Defendant objects to each request to the extent that it seeks information equally available to Plaintiffs or information that is not within Defendant's possession, custody, or control.

    E.    Defendant objects to the requests to the extent that they are intended to be and are overly broad, unduly burdensome and oppressive.

    F.    Defendant objects to each request to the extent it seeks information that is not relevant to the subject matter of this action, and is not reasonably calculated to lead to the discovery of admissible evidence.

Without waiving any of the foregoing General Objections, each of which applies to each and every one of the individual responses set forth below and is incorporated by this reference therein (whether or not specifically stated in the response), Defendant responds to the individual requests as follows:

## RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

**REQUEST NO. 1:**

All documents you reviewed or relied on when drafting your Answer to Plaintiffs' Complaint.

**RESPONSE TO REQUEST NO. 1:**

Defendant refers to and incorporates by reference its General Objections set forth hereinabove. In addition, this request is overbroad in time and scope, seeks