1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
MELISSA T. DAUGHERTY, SB# 227451
2 |   E-Mail: Melissa.Daugherty@lewisbrisbois.com
FREDA TJOARMAN, SB# 285995
3 |   E-Mail: Freda.Tjoarman@lewisbrisbois.com
633 West 5th Street, Suite 4000
4 | Los Angeles, California 90071
Telephone: 213.250.1800
5 | Facsimile: 213.250.7900

6 | Attorneys for Defendants CANDICE
ELAINE WILLIAMS, an individual doing
7 | business as FAIRWAY ASSOCIATES;
KIMBERLY LYNN BACA, an individual
8 | doing business as FAIRWAY
ASSOCIATES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TARA ANN BARTOLI, an individual; BRETT THOMAS BARTOLI, an individual, TARA ANN BARTOLI as Guardian ad litem for M.B., and TARA ANN BARTOLI as Guardian ad litem for L.B., | CASE NO. 5:18-cv-02643-MWF-KK |
| Plaintiffs, | **DECLARATION OF FREDA TJOARMAN IN SUPPORT OF DEFENDANTS' STATEMENT IN THE JOINT STIPULATION AND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION OF DOCUMENTS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE** |
| vs. | |
| RANCHO CALIFORNIA RV RESORT OWNERS ASSOCIATION, a California nonprofit mutual benefit corporation; DESERT RESORT MANAGEMENT, INC., a California corporation; CARI BURLEIGH, an individual; CANDICE ELAINE WILLIAMS, an individual doing business as FAIRWAY ASSOCIATES; KIMBERLY LYNN BACA, an individual doing business as FAIRWAY ASSOCIATES; and DOES 1 through 10, inclusive, | Judge: Hon. Kenly Kiya Kato<br>Crtrm.: 3/4<br><br>Discovery Cutoff:  May 1, 2020<br>Pretrial Conference:  August 17, 2020<br>Trial Date:  September 8, 2020 |
| Defendants. | |

DECLARATION OF FREDA TJOARMAN IN SUPPORT OF DEFENDANTS' STATEMENT IN THE JOINT STIPULATION AND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION OF DOCUMENTS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    I, Freda Tjoarman, declare as follows:

2    1.    I am an attorney duly admitted to practice in all of the courts of the

3    State of California and in the Central District of California, and I am an associate

4    with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendants

5    Candice Elaine Williams ("Williams") and Kimberly Lynn Baca ("Baca") dba

6    Fairway Associates ("Fairway") herein (together, "Defendants").  The facts set forth

7    herein are of my own personal knowledge, and if sworn I could and would

8    competently testify thereto.  I make this Declaration as part of the Joint Stipulation

9    regarding Plaintiffs' Motion to Compel Further Responses and Production of

10    Documents to Plaintiffs' Request for Production of Documents, Set One, and in

11    Opposition to Plaintiffs' Motion.

12    2.    Plaintiffs Tara Bartoli, Brett Bartoli, Tara Bartoli as guardian ad litem

13    for M.B., and Tara Bartoli as guardian ad litem for L.B. ("Plaintiffs") filed this

14    instant action against co-Defendants Rancho California RV Resort Owners

15    Association ("HOA"), Desert Resort Management, Inc. ("DRM"), and DRM's

16    General Manager Cari Burleigh ("Burleigh") (together, "co-Defendants") and

17    Defendants Williams and Baca for housing discrimination based on familial status

18    in violation of the Fair Housing Act ("FHA") and the Fair Employment and Housing

19    Act ("FEHA").

20    3.    Plaintiffs allege the following causes of action :  (1) Violation of the

21    FHA - Section 3604(a), (2) Violation of FHA - Section 3604(c), (3) Violation of

22    FHA – Section 3604(d), (4) Violation of FHA – Section 3617, (5) Violation of FHA

23    – Disparate Impact, (6) Violation of the FEHA - Cal. Gov. Code Section 12955(a),

24    (7) Violation of the FEHA - Cal. Gov. Code Section 12955(b), (8) Violation of the

25    FEHA - Cal. Gov. Code Section 12955(c), (9) Violation of the FEHA - Cal. Gov.

26    Code Section 12955(k), (10) Violation of the FEHA - Cal. Gov. Code Section

27    12955(l), (11) Violation of the FEHA – Disparate Impact, (12) violation of the FHA

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DECLARATION OF FREDA TJOARMAN IN SUPPORT OF DEFENDANTS' STATEMENT IN THE JOINT
STIPULATION AND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND
PRODUCTION OF DOCUMENTS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

1   (42 U.S.C. § 3604(b)), and (13) violation of the FEHA (Cal. Gov. Code § 12955(i)).

2       4.      Plaintiffs served their Initial Disclosures under Federal Rules of Civil

3   Procedure ("FRCP") 26(a) on June 4, 2019.  A true and correct copy of Plaintiffs'

4   Initial Disclosures under FRCP 26(a) is attached hereto as **Exhibit 4**.  Plaintiffs

5   claim minimal economic damages in their initial disclosures.  Plaintiffs claim the

6   following damages in their initial disclosures:

7       **Special Damages**

8       Lost Income:                  $1,652.75 per month, beginning May 1, 2019

9       Moving Expenses:              $4,223.78

10      RV Storage:                   $100.00 per month, beginning May 1, 2019

11      Difference in Rent:           $1,100 per month, beginning May 1, 2019

12      **General Damages**

13      Emotional Distress:           Unknown at this time

14      Lost Housing Opportunity:     Unknown at this time

15      Loss of Rights:               Unknown at this time

16      Punitive Damages:             Unknown at this time

17  These amounts total $24,193.03 to date, not taking into account any mitigation.

18      5.      Plaintiffs also claim emotional distress, lost housing opportunity, loss

19  of rights, and punitive damages of an unknown amount at this time, in their initial

20  disclosures, but have not produced any documents or information showing that they

21  are being treated for any emotional distress by a healthcare provider.  They also

22  have not produced any evidence to warrant punitive damages.

23      6.      In connection with opposing Plaintiff's motion to compel and in

24  preparation of Defendants' portion of the Joint Stipulation, I researched jury verdicts

25  and settlements in California housing discrimination cases based on familial status.

26  My search returned 11 settlements and one verdict.  The average settlement for these

27  11 cases is below $52,000, inclusive of attorneys' fees and involving multiple

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-8267-1534.1

3

1 plaintiffs.  The average individual recovery for each plaintiff in those cases is

2 significantly below that amount.  The one case where verdict was reached is a case

3 in the Superior Court of California, County of San Francisco, involving three

4 couples, with each plaintiff recovering approximately $28,333.33 assuming the

5 amount was split evenly among the plaintiffs and not taking into account any

6 attorneys' fees that may have been split.  I also conducted a search on Pacer for

7 cases where Plaintiffs' counsel Eric Markus is counsel of record on the case.  I

8 found no record of Mr. Markus having obtained a verdict on behalf of a plaintiff in a

9 housing discrimination case in a federal court in California.  My search shows Mr.

10 Markus being counsel of record on four cases in the Central District, with one

11 Central District case transferred to the Northern District of California, and none of

12 which involve housing discrimination, except for this instant action.  Mr. Markus

13 has no cases in the Southern or Eastern Districts of California.

14        7.      Plaintiffs propounded a first set of document requests on Defendants

15 Williams and Baca, comprising of 27 categories of documents each to Williams and

16 Baca, and on co-Defendants HOA, DRM, and Burleigh on August 8, 2019.

17 Williams and Baca timely served substantive responses to Plaintiffs' Request for

18 Production of Documents, Set One, on September 26, 2019 and produced an

19 additional 48 pages of documents on October 11, 2019.

20        8.      Despite responding substantively to the vast majority of Plaintiffs'

21 document requests and stating whether the documents would be produced, have

22 already been produced, or do not exist (save a handful of Plaintiffs' requests seeking

23 the entire file on all owners, occupants, renters, buyers, sellers, and applicants since

24 2015 to present) and producing the requested records the Friday before, Plaintiffs'

25 counsel Mr. Markus nevertheless took issue with Williams' and Baca's responses

26 and served Defendants' counsel Melissa Daugherty, the senior partner on the case,

27 with a 69-page meet and confer letter at 5:00 p.m. on Monday, October 14, 2019

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-8267-1534.1

4

DECLARATION OF FREDA TJOARMAN IN SUPPORT OF DEFENDANTS' STATEMENT IN THE JOINT
STIPULATION AND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND
PRODUCTION OF DOCUMENTS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

1   noting the most ticky-tacky claimed deficiencies to each and every one of the 27

2   responses that Defendants served and to each and every objection that Defendants

3   asserted, which is highly unusual given the relatively low number of requests and

4   Defendants' substantive responses to the vast majority of them.  Ms. Daugherty

5   forwarded Mr. Markus' email and 69-page meet and confer letter to me.  A true and

6   correct copy of this email and Mr. Markus' 69-page meet and confer letter is

7   attached hereto as **Exhibit 5**.  Mr. Markus demanded an in-person conference to

8   discuss the issues pursuant to Rule 37 of the Federal Rules of Civil Procedure and

9   Local Rule 37-1.

10          9.      In an effort to reduce costs in this case, I sent several meet and confer

11  emails to try to discern what the real issue was that Mr. Markus had with

12  Defendants' discovery responses and to try to set up a telephonic Local Rule 37-1

13  conference rather than have to drive to his office and meet in person.  Mr. Markus

14  falsely accused me and the other senior partners on the case at my firm of evading

15  our obligations under Local Rule 37-1 to meet and confer in person.  All I was

16  simply trying to do was to streamline the process and efficiently meet and confer to

17  resolve the entire set of discovery responses that Defendants served in response to

18  Plaintiffs' 27 document requests, as Mr. Markus apparently took issue with the

19  whole set.  Mr. Markus apparently had issue with some of the wording of

20  Defendants' responses, and I agreed to provide supplemental responses to the

21  majority of the requests with the phrasing that he wanted.  Despite Defendants

22  promising so, Mr. Markus still insisted on meeting in person and called to discuss

23  some of the responses on October 22, 2019.  A true and correct copy of my meet

24  and confer emails to Mr. Markus is attached hereto as **Exhibit 1**.

25          10.     After a one and one-half hour phone call on October 22, 2019, Mr.

26  Markus and I were able to narrow down the issues from 27 requests at issue to about

27  a handful, and as I had promised, Defendants would provide supplemental responses

28  

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-8267-1534.1                                5
DECLARATION OF FREDA TJOARMAN IN SUPPORT OF DEFENDANTS' STATEMENT IN THE JOINT
STIPULATION AND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND
PRODUCTION OF DOCUMENTS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

1  to the vast majority of Plaintiffs' requests using the phrasing that Mr. Markus

2  wanted.  As to the requests that the parties could not agree on, I told Mr. Markus

3  that I would inquire again with the Defendants and circle back with him as to

4  whether any such documents exist, whether the Defendants have any additional

5  requested documents that have not previously been produced, and whether they

6  would reconsider any of the requests to which they objected.  During our one and

7  one-half hour phone call, I offered but Mr. Markus refused to accept redacted

8  versions of these documents redacting the names, telephone numbers, and addresses

9  of these persons.  He stated that he "absolutely" wanted the names, addresses, last

10  known addresses, telephone numbers, and move-out information of these persons,

11  and that this was "non-negotiable."  I stated that I would think on it and discuss it

12  with Ms. Daugherty.  Despite my efforts to streamline the meet and confer process

13  and efficiently address the issues, and despite spending one and one-half hours

14  trying to narrow down the issues, Mr. Markus nevertheless still insisted on meeting

15  in person with a further caveat that he reserved the right to revisit any of the

16  previously discussed and resolved issues and categories.

17          11.     As Local Rule 37-1 required the parties to meet in person and Mr.

18  Markus would not agree otherwise, I traveled to Mr. Markus' office in West Los

19  Angeles and met with him on October 24, 2019 to discuss the remaining issues.  Mr.

20  Markus' senior partner on the case William Litvak joined the conference without

21  providing me with any prior notice.  Mr. Litvak stated that he was just there to

22  observe and be "a fly on the wall."  Mr. Markus revisited some of the requests that

23  had previously been addressed and resolved during our one and one-half hour phone

24  call two days prior.  During the meeting, Mr. Litvak offered to allow Defendants to

25  produced redacted versions of the documents, redacting the names, social security

26  numbers, and telephone numbers of the people on the documents.  I replied that I

27  had offered this during the one and one-half hour phone call two days prior between

28  4816-8267-1534.1

DECLARATION OF FREDA TJOARMAN IN SUPPORT OF DEFENDANTS' STATEMENT IN THE JOINT
STIPULATION AND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND
PRODUCTION OF DOCUMENTS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   me and Mr. Markus, but Mr. Markus seemed to refuse to budge on having the

2   names, phone numbers, addresses, names of children, and ages of children redacted,

3   stating that this was "non-negotiable."  I told Mr. Litvak that I would be willing to

4   consider his proposal if he and Mr. Markus made a good-faith promise not to seek

5   the Court to order the documents un-redacted unless it became apparent later during

6   the litigation process or later on discovery that it was absolutely necessary to the

7   case to un-redact the information.  Mr. Markus was apparently not on the same page

8   as Mr. Litvak and stated that it was "absolutely" necessary that Plaintiffs have the

9   information that the parties were considering redacting.  Mr. Litvak then stated that

10  even if Plaintiffs did agree to redacted versions, they would nevertheless proceed to

11  move the Court for an order to obtain un-redacted copies.  In advocating on behalf

12  of Defendants' best interests and to shield them from any potential exposure to other

13  liability, I believe that these records should not be produced without a Court order as

14  Defendants may be exposed to further liability if they produce such personal,

15  private, and confidential records without prior authorization, and especially since it

16  became apparent during my in-person conference with Mr. Litvak and Mr. Markus

17  that Plaintiffs' offer to allow Defendants to produce redacted copies of the

18  documents was not made in good faith.  After meeting for about 1 hour and 30

19  minutes, we were able to work out all of the rest of the issues save for the two

20  categories of documents that are the subject of this Joint Stipulation.  I spent over

21  three hours in traffic traveling to and from Mr. Markus' office in West Los Angeles

22  from Downtown Los Angeles to attend the in-person Local Rule 37-1 conference of

23  counsel.

24       12.    The requests that we could not come to agreement on were RFP No. 6

25  (a request for all documents related to the sale and/or lease of any site at the Resort

26  to any families from January 1, 2015 to the present, including but not limited to any

27  listing agreements, offers, counteroffers, purchase/lease agreements, applications to

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  rent, written leases, correspondence, notes, memoranda, communications between

2  Williams and Baca and any person about such purchaser and/or renter, etc.) and

3  RFP No. 8 (a request for all resident files, including file jacket covers, maintained

4  regarding each owner, tenant, and/or occupant with families who resided at the

5  Resort at any time during the period from January 1, 2015 to the present, including

6  but not limited to a copy of all leases, rental agreements, purchase/sale agreements,

7  applications, notices, rent receipts, security deposit refunds, eviction documents,

8  complaints, notes, and communications).  Mr. Markus, at the conclusion of the

9  conference and  while I was leaving his office, hand served me with a second set of

10  discovery requests, seeking 1) a complete copy of all resident files, including file

11  jacket covers, maintained regarding each owner, tenant, and/or occupant of any site

12  at the Resort who did not have families, including a copy of all leases, rental

13  agreements, purchase/sale agreements, applications, notices, rent receipts, security

14  deposit refunds, eviction documents, complaints, notes, and communications for the

15  period from January 1, 2015 to the present, and 2) all documents that reflect the

16  identity of all person who resided and/or occupied any site available for rent at the

17  Resort as of October 8, 2018, including but not limited to documents that reflect the

18  name, telephone number, and permanent residence address of the owner of the

19  site(s), advertisements, listing agreements, and leases and/or rental agreements.

20  Defendants served objections to these requests on November 25, 2019 pending the

21  Court's ruling on this Joint Stipulation regarding Plaintiffs' motion to compel.

22       13.     I asked and Mr. Markus agreed to provide Defendants with a one-

23  week extension for serving any supplemental responses and documents and agreed

24  to not file any motion to compel for at least 10 days after receiving Defendants'

25  supplemental responses and production.  Defendants served supplemental responses

26  on Plaintiffs on October 31, 2019 and produced over 800 additional documents on

27  the same day.  A true and correct copy of the proof of service for these supplemental

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   responses and production is attached hereto as **Exhibit 6**.

2        14.     In connection with opposing Plaintiff's motion to compel and in

3   preparation of Defendants' portion of the Joint Stipulation, I researched and found a

4   similar housing discrimination case based on the FHA and the FEHA in which the

5   plaintiff moved to compel production of documents nearly identical to those at issue

6   here—*Elliott, et al. v. Versa CIC, L.P., et al.*, Case No. 3:16-cv-00288-BAS-AGS

7   (S.D. Cal. 2016)—a case in the Southern District of California before the Honorable

8   Andrew G. Schopler.  My firm Lewis Brisbois Bisgaard & Smith LLP represented

9   the defendants in that case and successfully opposed the plaintiff's motion to compel

10  on categories of documents virtually identical to the ones here.  The plaintiff in that

11  case sought a request (RFP No. 7) for the following:

12       A complete copy of all tenant files maintained regarding each tenant who
         resided at the Subject Rental Premises at any time since January 1, 2015,
13       including a copy of all leases or rental agreements; applications; notices; rent
         receipts; security deposit refunds; eviction documents, including Notices of
14       Violations, three-day, thirty-day, and sixty-day notices, complaints, and
         judgments, served or obtained by defendant or its agents for the purpose of
15       terminating the tenancy of any resident of the Subject Rental Premises; notes,
         and communications.
16

17  Judge Andrew Schopler in that case ruled:

18       Moving on to the request for production, RFP number 7 requests the entire
         file on all tenants who resided at the property from January 1, 2015 to the
19       present.  I would respectfully deny the request to compel that.  It seems to
         me that this request is overbroad and gets in to too much irrelevant
20       information and poses too much of a cost in privacy burden for the very low
         amount of relevance that that information would have.
21

22  This order was entered on May 24, 2017.

23       15.     A true and correct copy of an email Williams sent to Burleigh on

24  October 8, 2018, which was produced in discovery and bates-stamped FAIRWAY

25  000013, is attached hereto as **Exhibit 2**.

26       16.     A true and correct copy of a blank "Exclusive Authorization to Rent

27  Unit" used by Fairway Associates, and which was produced in discovery and bates-

28
    4816-8267-1534.1
                                        9
    DECLARATION OF FREDA TJOARMAN IN SUPPORT OF DEFENDANTS' STATEMENT IN THE JOINT
    STIPULATION AND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND
    PRODUCTION OF DOCUMENTS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   stamped FAIRWAY 000055-000056, is attached hereto as **Exhibit 3**.

2          I declare under penalty of perjury under the laws of the United States of

3   America that the foregoing is true and correct and that this declaration was executed

4   on December 2, 2019, at Los Angeles, California.

5

6

7

8                                                            Freda Tjoarman

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



4816-8267-1534.1

                                        10
DECLARATION OF FREDA TJOARMAN IN SUPPORT OF DEFENDANTS' STATEMENT IN THE JOINT
STIPULATION AND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND
PRODUCTION OF DOCUMENTS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. At the time of service, I was over 18 years of age and not a party to this action. My business address is 11500 West Olympic Boulevard, Suite 550, Los Angeles, CA 90064.

On December 18, 2019 I served true copies of the following, described as: **DECLARATION OF FREDA TJOARMAN IN SUPPORT OF DEFENDANTS' STATEMENT IN THE JOINT STIPULATION AND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION OF DOCUMENTS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE** on the interested parties in this action, as follows:

SEE SERVICE LIST ATTACHED

**BY ELECTRONIC TRANSMISSION – COURT'S CM/ECF SYSTEM.**

I caused an electronic version of the documents to be submitted to the United States District Court and thereafter caused an electronic version to be served to the persons in the above service list via the litigation support service CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of December, 2019 at Los Angeles, California.

Miriam Gonzalez, Declarant

## SERVICE LIST

1

2       ***Attorney for Defendants Rancho California***
3       ***RV Resort Owners Assoc., Desert Resort***
        ***Management, Inc. & Cari Burleigh***
4

5   Sarah K. Goldstein, Esq.
    Nicholas M. Grether, Esq.
6   O'HAGAN MEYER
7   4695 MacArthur Court, Suite 210
    Newport, CA 92660
8   E: Ngrether@ohaganmeyer.com
9   E: Sgoldstein@ohaganmeyer.com

10

11      ***Attorney for Defendants Candice E.***
12      ***Williams & Kimberly L. Baca dba Fairway***
        ***Associates***
13

14  Melissa T. Daugherty, Esq.
15  Freda Tjoarman, Esq.
    LEWIS, BRISBOIS BISGAARD & SMITH, LLP
16  633 West 5th Street, Suite 4000
17  Los Angeles, CA 90071
    E: Melissa.Daugherty@lewisbrisbois.com
18  E: Freda.Tjoarman@lewisbrisbois.com

19

20

21

22

23

24

25

26

27

28