# EXHIBIT 2

From: **Fairway Associates** fairwayassociates951@gmail.com
Subject: Challenging rule regarding Children
Date: October 8, 2018 at 1:37 PM
To: Rancho California RV Resort gm@ranchorvr.com
Cc: Denese Peterson denese.Peterson@ranchorvr.com
Bcc: kpbaca@me.com, brianboersma.fairway@gmail.com



Cari,

I just got off the phone from a Terry Bartoli who wants to rent for six months possibly longer. She does have one school age child six and one that is two.. When we told her **NO person under 18 years of age, while occupying a Unit in the resort, shall be enrolled in any school including home school**, she said that is against the law. Apparently she had stayed at another resort where her children could not use the adult only pool. It was not until she left the resort that she learned, in California age discrimination is against the law. She told herself then she will no longer not fight the battle if someone tries to deny her children rights given to them by law.

I told her someone from the HOA office will call her as Fairway does not make the rules it is simply our job as property manager to ensure she is aware of the rules.

Sooooo please give her a call. Her number is 949 292 1775. Know up front she is adamant about her position on this. As we have relayed to the association office before this rule really is against California's Familial law regarding sale or rental of real estate. I believe John Schaeffer has done some research on this with the OA attorney, and may be of help.

This persons RV is a 2008 40 ft class A motorhome. I have already told her prior to the end of the year we would have to have her RV approved for staying in here as the age will exceed the ten year mark. I told her once approved it is only good for a maximum of six months. She said her RV is perfect so that is not an issue.

Please let us know the outcome as this person is very anxious to secure a site, and we are rapidly running out of rental sites for winter months.

Regards
Candice Williams
CalBRE 01785547

Fairway Associates
ON SITE Real Estate Office
951 383 4222 WWW.FairwayAssociatesOnLine.com

Please note our new email FairwayAssociates951@gmail.com

Many visitor plans a short stay & decides they want to purchase their own site. We hope you will allow us to be your agent of choice.

Confidentiality Notice: This email and any attachments is private, confidential and property of Fairway Associates. The email is solely for the use of intended addressee and may not be posted to any web site, forums or sent to any unauthorized person. If you receive this in error please notify FairwayAssociates951@gmail.com and destroy the email.