# EXHIBIT 4

William Litvak (SBN 90533)
Eric P. Markus (SBN 281971)
DAPEER, ROSENBLIT & LITVAK, LLP
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
Telephone: (310) 477-5575
Facsimile: (310) 477-7090

Attorneys for Plaintiffs,
TARA ANN BARTOLI, et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICTOF CALIFORNIA

| | |
|---|---|
| TARA ANN BARTOLI, et al., | Case No. 5:18-cv-02643-MWF(KKx) |
| Plaintiffs, | |
| vs. | |
| RANCHO CALIFORNIA RV RESORT OWNERS ASSOCIATION, a California nonprofit mutual benefit corporation; DESERT RESORT MANAGEMENT, INC., a California corporation; CARI BURLEIGH, an individual; CANDICE ELAINE WILLIAMS, an individual doing business as FAIRWAY ASSOCIATES; KIMBERLY LYNN BACA, an individual doing business as FAIRWAY ASSOCIATES; and, DOES 1 through 10, inclusive, | **PLAINTIFFS' INITIAL DISCLOSURES (FRCP 26(a)(1)** <br><br> Complaint Filed: December 20, 2018 |
| Defendants. | |

//

1

PLAINTIFFS' INITIAL DISCLOSURES (FRCP 26(a)(1))

PLAINTIFFS Tara Bartoli, Brett Bartoli, and Tara Bartoli as Guardian ad litem for M.B. and L.B., hereby make their initial disclosures pursuant to FRCP 26(a)(1) as follows:

1. **DOCUMENTS THAT MAY BE USED TO SUPPORT PLAINTIFFS' CLAIMS.**

See attached documents. Plaintiffs may also use the content and copy from Defendants' respective websites, internal communications between Defendants and/or their employees and/or representatives, lease agreements and other documents maintained by Defendants, including but not limited to documents evidencing rules and regulations of the Resort, property listings, responses to rental/purchase inquiries of third parties, as well as the Resort's CC&Rs and documents maintained by the County of Riverside and/or other public entities regarding permitting for the Resort. Plaintiffs are informed and believe that all such documents are maintained by either Defendants and/or the County of Riverside.

2. **DAMAGES**

Plaintiffs have computed their damages based on information currently available, as follows:

**Special Damages**

| | |
|---|---|
| Lost Income: | $1,652.75 per month, beginning May 1, 2019 |
| Moving Expenses: | $4,223.78 |
| RV Storage: | $100.00 per month, beginning May 1, 2019 |
| Difference in Rent: | $1,100.00 per month, beginning May 1, 2019 |

**General Damages**

| | |
|---|---|
| Emotional Distress: | Unknown at this time |
| Lost Housing Opportunity: | Unknown at this time |
| Loss of Rights: | Unknown at this time |
| Punitive Damages: | Unknown at this time |

## 3. WITNESSES

At the present time, Plaintiffs believe that the following individuals are likely to have discoverable information that our clients may use to support their claims:\

(A) Plaintiffs (may be contacted through counsel);

(B) Candice Burleigh
- Percipient testimony regarding Resort rules and regulations, relationships of Defendants, communications with Plaintiffs, and rental/sale history of Resort as well as demographics of Resort residents

(C) Candice Williams
- Percipient testimony regarding Resort rules and regulations, relationships of Defendants, communications with Plaintiffs, and rental/sale history of Resort as well as demographics of Resort residents

(D) Kimberly Baca
- Percipient testimony regarding Resort rules and regulations, relationships of Defendants, communications with Plaintiffs, and rental/sale history of Resort as well as demographics of Resort residents

(E) Person Most Knowledgeable for Rancho California RV Resort Owners Association
- Percipient testimony regarding Resort rules and regulations, relationships of Defendants, communications with Plaintiffs, and rental/sale history of Resort as well as demographics of Resort residents

(F) Person Most Knowledgeable for Desert Resort Management

- Percipient testimony regarding Resort rules and regulations, relationships of Defendants, communications with Plaintiffs, and rental/sale history of Resort as well as demographics of Resort residents

(G) Betty Beynon, 27962 Via Arica, Laguna Niguel, CA 92677, (949) 874-5232

- Percipient testimony regarding the distress suffered by Plaintiffs as a result of the acts of Defendants

(H) Michael Beynon, 26875 Calle Hermosa, Capistrano Beach, CA 92624, (949) 374-0030

- Percipient testimony regarding the distress suffered by Plaintiffs as a result of the acts of Defendants

(I) Eddie Mulhall, address presently unknown, (949) 742-0016;

- Percipient testimony regarding the distress suffered by Plaintiffs as a result of the acts of Defendants

(J) Josh Pizzarusso, 10 Calle Liberation, Rancho Santa Margarita, CA 92688, (949) 636-4149

- Percipient testimony regarding the distress suffered by Plaintiffs as a result of the acts of Defendants

(K) Hope Pizzarusso, 10 Calle Liberation, Rancho Santa Margarita, CA 92688, (949) 636-4149

- Percipient testimony regarding the distress suffered by Plaintiffs as a result of the acts of Defendants

(L) Melissa Cuneo Redden, address and telephone number presently unknown

- Percipient testimony regarding the operation and management of the Resort, Fairways and/or DRM, including but not limited to

Resort rules and regulations and enforcement thereof and demographic information about Resort residents

(M) Person Most Knowledgeable, Sky Mountain Charter School, 8560 Aliento Road, Lucerne Valley, CA 92356, (800) 979-4436

- Percipient testimony regarding M.B.'s enrollment in a public charter homeschooling program

(N) Person Most Knowledgeable, County of Riverside, contact information unknown at this time

- Percipient testimony regarding the permitting history of the Resort and all condition(s) imposed upon issuance of any permits.

Pursuant to FRCP 26(e), Plaintiffs reserve the right to supplement or correct this disclosure should Plaintiffs learn that the information provided herein is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to your clients during the discovery process or in writing.

DAPEER, ROSENBLIT & LITVAK, LLP

Dated: June 4, 2019        By: _____
                                Eric P. Markus
                                Attorneys for Plaintiffs,
                                Tara Bartoli, et al.