# EXHIBIT 6

# FEDERAL COURT PROOF OF SERVICE

Tara Ann Bartoli, et al. v. Rancho California RV Resort Owners Association, et al. - Case No. 5:18-cv-02643-MWF-KK

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 31, 2019, I served the following document(s): DEFENDANT KIMBERLY LYNN BACA'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 31, 2019, at Los Angeles, California.

_____
Beatrice Hilke



PROOF OF SERVICE

# SERVICE LIST
## Tara Ann Bartoli, et al. v. Rancho California RV Resort Owners Association, et al.
## 5:18-cv-02643-MWF-KK

| | |
|---|---|
| William Litvak, Esq.<br>Eric P. Markus, Esq.<br>DAPEER, ROSENBLIT & LITVAK, LLP<br>11500 W. Olympic Blvd., Suite 550<br>Los Angeles, CA 90064<br>Tel: (310) 477-5575<br>Fax: (310) 477-7090<br>Email: emarkus@drllaw.com | Attorneys for Plaintiffs, TARA ANN BARTOLI, BRETT THOMAS BARTOLI, TARA ANN BARTOLI as Guardian ad Litem for M.D., and TARA ANN BARTOLI as Guardian ad litem for L.B. |
| Sarah K. Goldstein, Esq.<br>Nicholas M. Grether, Esq.<br>O'HAGAN MEYER LLP<br>4695 MacArthur Court, Suite 210<br>Newport Beach, CA 92660<br>Tel: (949) 942-8500<br>Fax: (949) 942-8510<br>Email: sgoldstein@ohaganmeyer.com<br>Email: ngrether@ohaganmeyer.com | Attorneys for Defendants, RANCHO CALIFORNIA RV RESORT OWNERS ASSOCIATION; DESERT RESORT MANAGEMENT, INC.; and CARI BURLEIGH |

PROOF OF SERVICE

# FEDERAL COURT PROOF OF SERVICE

Tara Ann Bartoli, et al. v. Rancho California RV Resort Owners Association, et al. - Case No. 5:18-cv-02643-MWF-KK

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 31, 2019, I served the following document(s): DEFENDANT CANDICE ELAINE WILLIAMS SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 31, 2019, at Los Angeles, California.

_____
Beatrice Hilke

PROOF OF SERVICE

## SERVICE LIST
### Tara Ann Bartoli, et al. v. Rancho California RV Resort Owners Association, et al.
### 5:18-cv-02643-MWF-KK

| | |
|---|---|
| William Litvak, Esq.<br>Eric P. Markus, Esq.<br>DAPEER, ROSENBLIT & LITVAK, LLP<br>11500 W. Olympic Blvd., Suite 550<br>Los Angeles, CA 90064<br>Tel: (310) 477-5575<br>Fax: (310) 477-7090<br>Email: emarkus@drllaw.com | Attorneys for Plaintiffs, TARA ANN BARTOLI, BRETT THOMAS BARTOLI, TARA ANN BARTOLI as Guardian ad Litem for M.D., and TARA ANN BARTOLI as Guardian ad litem for L.B. |
| Sarah K. Goldstein, Esq.<br>Nicholas M. Grether, Esq.<br>O'HAGAN MEYER LLP<br>4695 MacArthur Court, Suite 210<br>Newport Beach, CA 92660<br>Tel: (949) 942-8500<br>Fax: (949) 942-8510<br>Email: sgoldstein@ohaganmeyer.com<br>Email: ngrether@ohaganmeyer.com | Attorneys for Defendants, RANCHO CALIFORNIA RV RESORT OWNERS ASSOCIATION; DESERT RESORT MANAGEMENT, INC.; and CARI BURLEIGH |