**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA ANN BARTOLI, et al., | Case No. 5:18-cv-02643-MWF-KK |
| Plaintiffs, | |
| vs. | ORDER OF DISMISSAL |
| RANCHO CALIFORNIA RV RESORT OWNERS ASSOCIATION, et al., | |
| Defendants. | |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 7, 2020    _____
Michael W. Fitzgerald
United States District Court Judge